# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR SOWELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID A. VARANO, *et al.* | : | NO. 13-1593 |

## ORDER

AND NOW, this 26th day of June, 2019, upon consideration of the Petition for a Writ of Habeas Corpus, the Commonwealth's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED AND DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural and substantive disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Michael M. Baylson, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMAR SOWELL | CIVIL ACTION |
|---|---|
| v. | NO. 13-1593 |
| DAVID A. VARANO, *et al.* | |

## ORDER

In this Petition for Relief from a state court conviction under 28 U.S.C. § 2254, there have been extensive proceedings. The case has been delayed from prompt resolution because of a pending Miller claim relating to Petitioner's conviction and sentence to life imprisonment as a juvenile under Pennsylvania law, which claim has since been denied as moot because Plaintiff has been resentenced. However, Petitioner has other claims which were ruled upon in a thorough Report and Recommendation by Magistrate Judge Wells dated March 4, 2019 (ECF 62). Magistrate Wells concluded that Petitioner's claim of ineffective assistance of counsel was defaulted and that his other claims were legally insufficient.

Petitioner filed extensive objections (ECF 66) which the Court has reviewed.

The Respondent has filed a response (ECF 69).

The Court has determined that the Report and Recommendation correctly based on careful review of the Petition, and due to the limited grounds for relief from state court convictions allowed by federal law, the Court enters the following Order.